UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

JERAL A. PEOPLES,

    Plaintiff,

v.                                                    Case No. 2:08-cv-2
                                                          HON. ROBERT HOLMES BELL

BRYAN HOOVER, et al.,

    Defendants.
_____/

## OPINION AND ORDER APPROVING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action to deny plaintiff's motions for a temporary restraining order. The Report and Recommendation was duly served on the parties. The Court has received objections from plaintiff. In accordance with 28 U.S.C. § 636(b)(1), the Court has performed *de novo* consideration of those portions of the Report and Recommendation to which objection has been made. The Court now finds the objections to be without merit.

THEREFORE, IT IS ORDERED that the Report and Recommendation of the Magistrate Judge is approved and adopted as the opinion of the court.

IT IS FURTHER ORDERED that Plaintiff's motions for a temporary restraining order (Docket #6, #11 and #12) are DENIED. Plaintiff has also filed a "Notice For Temporary Restraining Order Rule 65(b) Show Cause Requested" and Motion for Preliminary Injunction. Plaintiff has presented no basis for the court to grant these motions. Accordingly, the motions (Docket #46 and #71) are DENIED.

Dated: September 8, 2008                            /s/ Robert Holmes Bell
                                                                    ROBERT HOLMES BELL
                                                                      UNITED STATES DISTRICT JUDGE